For the United States District Court
For the Northern District of WV

William E Scott Jr
P.O. Box 8
Helvetia WV 26224
      Plaintiff

V

Carter Roag Coal Company
2112 N. Roan Street, Suite 500
Johnson City, Tenn 37601

Rep
Jonathan R Ellis Esq
Mark C Dean Esq
Steptoe & Johnson PLLC
Chase Tower, Seventeenth Floor
P.O. Box 1588
Chareston WV 25326

Copy of Last Letter to Maria

FILED
DEC 16 2019
U.S. DISTRICT COURT
ELKINS WV 26241

2:19cv50
Kleeh

William E Scott Jr

Sept 25, 2019

Maria,

The answer to your question is No, but they are other circumstances why they didn't ① Stacey Brown left so that stopped the retaliation against me! ② Vince Arbogast left for gas job in May of 2018, Memorial day weekend. ③ Not enough coal to run on Saturday, they were changing from "Long Run or Pleasant Hill mine" to Morgan Camp mine. ④ I left Beech mt. going to Prep Plant.

Some times they work on Saturday and sometimes they don't, some times it is Manditory but, most of the time it's not. I was on the computer at "findlaw.com" they had a list of Prohibited Actions by an Employer. One of them was Imposing more or different work requirements on an employee because of that employees religious beliefs or practices.

Let's look at Stacey's letter again, She says "Once all of your personal days are Exhausted, futher absences for scheduled work on Saturday's that you cannot work (for reason with religious beliefs will be counted as an Excused absence. Now notice this when she takes my Last Personal Day, it changes the work requirement from

William E Scott Jr

4/21/2018 to 12/31/2018 on Sunday, Monday, Tuesday, Wednesday, Thursday & Friday, by making them manditory if the plant works, or unexcused if I miss one of these days. Stacey says "I accommodated his religious day, so what if I took his personal days!" This is why they "other day beside Saturday" would be manditory or unexcused.

They are other way to accommodate religious days, like Flexible scheduling, Voluntary substitutions, or swap "Providing that they work on Sunday" Job reassignments, lateral transfer & unpaid leave are other examples of accommodating an employee's religious beliefs. I don't know why they didn't use another accommodation? They could have taken my holidays or vacation day and leave my personal days. So, what happen when I miss another day besides Saturday? UNEXCUSED! 4/21/18 to 12/31/18.

Carter Road did not start accommodating me until after 4/26/18, they just done the same thing that I could have done, which was turn in my personal day for a Saturday Sabbath. They have been

William I Smith Jr

discriminating against me because of this. When you make Sunday manditory, Saturday is Automatically made manditory <u>Every time</u>!! When they make Saturday manditory, they <u>don't</u> Automatically make Sunday manditory, it seldomly is hardly ever made manditory like 4/14/2018 & 4/20/2018, treating other employee's different from me.

    Steptoe Argument for a time-barred excuse saying I didn't file in time is also Wrong! I had been commuincating EEOC starting on 4/29/2018 & calling them after this date, Also told my intake appt was cancelled on 1/8/2019 because of government shutdown.

    Steptoe Argument for Failure to Accommodate, did Carter Roag follow their own Employee's Handbook to discuss the Accommodating, NO! Carter-Roag's response is that they NEVER At ANYtime counted my religious day as UNEXCUSED, SO, was it always Excused, then if yes, that is what makes my work requirement, Excused, Also. NOW if my religious day is counted as UNEXCUSED my work requirement would be UNEXCUSED also, which gives them the right to demand a personal day for a Work requirement.

                                               William E. Scott Jr.

Now the question is on 4/14/2018 & 4/20/2018 Are the Saturday Sabbath Excused or UNEXCUSED? What Action should Stacey choose, if they are Excused, NO Action Needed!! but, if it is UNExcused it needs to be charged to the personal days to cover the work requirement that had not be covered by the Saturday Absence.

What happend to "AT NO POINT DID CARTER-ROAG COUNT THESE ABSENCES AS "UNEXCUSED"??".

If Carter-Roag has the right to choose the way to Accommodate me through Title VII of civil rights of 1964 and they did n't apply it right, then they should be responsible for any discrimination caused by them, with their Action to me, NOW Saturday is NOT the ISSUE. The Issue is discrimination All Along. Just because you stop taking my Saturdays for Now, doesn't stop the discrimination.

I Think that Carter-Roag does N't follow all the policy's that Title VII require

William E. [Signature] Jr

because they don't follow their own policy's in their own Employee handbook manuel. The Discrimination has already happened, can you take it back? If Title VII civil rights of 1964 are to protect me from religious discrimination? Why would you use them to treat me different from other employees? Title VII does not require an employer to entirely eliminate a conflict between an employee's religious practice and the work requirement of his or her job. Carter-Roag does not want to work with employee's they have 180 people working for them but, cannot work around 1 Employee! religious belief, without causing discrimination.

William E Scott Jr

*/s/ William E Scott Jr*

After I check out Title VII civil rights of 1964, which are to protect ~~religious from discrimination!~~ me from religious discrimination! Actually discriminates my religious Freedoms?
I will be writing another letter to you, after more research.

William Scott

I don't think Carter Roag is applying it, rightly!

Title VII

William E Scott Jr
PO Box 8
Helvetia WV 26224

304-924-5464