United States District Court

For the

Northern District of West Virginia

William E Scott Jr

*Plaintiff*

v.

Carter Roag Coal CO.

*Defendant*

2:19cv50

FILED

APR 29 2020

U.S. DISTRICT COURT
ELKINS WV 26241

## Notice of Appeal

I, William E Scott Jr. disagree with the decision made by the judge. The case was dismissed unlawfully due to no evidence supporting his decision. "This Court finds, as a matter of law, that allowing the plaintiff to take two days off by using accrued vacation was a reasonable accommodation of his religious beliefs. For this reason, as well as the lateness of the filing of the charge, this case is DISMISSED WITH PREJUDICE. Judgement is entered in favor of the defendant."

Carter Roag has never taken a vacation day for a Saturday, only personal days which I have control of. Personal Days and Vacation days are different according to Carter Roag. On 4/14/18 a personal day was used and on 4/20/18 a personal day was taken which was a Friday. Then, at that point I had 10 vacation days, but on 4/21/18 I was charged with an excused unpaid day. On 6/22/18 I was charged with a excused unpaid again. So if Carter Roag was reasonable accommodating, they would have used vacation days. This shows that Carter Roag did not accommodate me with how the judge dismissed my case. In other words Carter Roag did not use my vacation days like the judge said they did.

This is the evidence that vacation days were not used as a reasonable accommodate by timesheets as evidence.

The EEOC was contacted on April 29th of 2018. Why did it take the EEOC over a year to file a charge? They told me that due to government shutdown that the 180 day deadline would be extended. The government shutdown fell within the time frame of the 180 days.

Due to COVID-19, the filing has been postponed due to the deadly virus. The court has neglected to send me the notice, which I have rights to appeal the judgement.

The court needs to see the evidence that I have to prove that Carter Roag is withholding the evidence from the court and the judge on this matter of discrimination on my religious beliefs.

I am not being represented in court without showing up with the evidence that Carter Roag is withholding from the Court.