# Timesheets-Previous Pay Period
7b
01/01/17 - 12/31/19

| **Employee Name:** | Scott Jr, William E | **Employee Number:** | 100759 |
| --- | --- | --- | --- |
| **Pay Policy:** | Hourly-NO At Risk | | |

## Time Sheet

| Date | Day | Start | Stop | Hours | Pay Code | Daily | Weekly | Pay Period |
|---|---|---|---|---|---|---|---|---|
| | | | | **Pay Period 03/24/18 08:00 PM - 04/07/18 07:59 PM** | | | | |
| 04/05/18 | Thursday | 08:00 AM | | 10.00 | | 10.00 | 39.00 | 88.00 |
| 04/06/18 | Friday | 08:00 AM | | 9.00 | | 9.00 | 48.00 | 97.00 |
| 04/07/18 | Saturday | 08:00 AM | | 6.00 | | 6.00 | 54.00 | 103.00 |
| | | Unscheduled | | | | | | |
| | | | | **Pay Period 04/07/18 08:00 PM - 04/21/18 07:59 PM** | | | | |
| 04/09/18 | Monday | 06:00 AM | 04:00 PM | | | 10.00 | 10.00 | 10.00 |
| 04/10/18 | Tuesday | 06:00 AM | 04:00 PM | | | 10.00 | 20.00 | 20.00 |
| 04/11/18 | Wednesday | 06:00 AM | 04:00 PM | | | 10.00 | 30.00 | 30.00 |
| 04/12/18 | Thursday | 06:00 AM | 04:00 PM | | Accommodated by Mark Dean | 10.00 | 40.00 | 40.00 |
| 04/13/18 | Friday | 06:00 AM | 04:00 PM | | | 10.00 | 50.00 | 50.00 |
| 04/14/18 | Saturday | 12:00 AM | | 8.00 | Personal Day | 8.00 | 58.00 | 58.00 |
| 04/16/18 | Monday | 06:00 AM | 02:00 PM | | | 8.00 | 8.00 | 66.00 |
| 04/17/18 | Tuesday | 06:00 AM | 02:00 PM | | | 8.00 | 16.00 | 74.00 |
| 04/18/18 | Wednesday | 06:00 AM | 02:00 PM | | Accommodated by Mark Dean | 8.00 | 24.00 | 82.00 |
| 04/19/18 | Thursday | 06:00 AM | 03:00 PM | | | 9.00 | 33.00 | 91.00 |
| 04/20/18 | Friday | 12:00 AM | (I worked) | 8.00 | Personal Day | 8.00 | 41.00 | 99.00 |
| 04/21/18 | Saturday | 12:00 AM | | 8.00 | Excused Unpaid | 8.00 | 49.00 | 107.00 |
| | | | | **Pay Period 04/21/18 08:00 PM - 05/05/18 07:59 PM** | | | | |
| 04/23/18 | Monday | 08:00 AM | | 10.00 | | 10.00 | 10.00 | 10.00 |
| 04/24/18 | Tuesday | 08:00 AM | | 8.00 | | 8.00 | 18.00 | 18.00 |
| 04/25/18 | Wednesday | 05:50 AM | 01:51 PM | | | 8.00 | 26.00 | 26.00 |
| 04/26/18 | Thursday | 08:00 AM | | 10.00 | | 10.00 | 36.00 | 36.00 |
| 04/27/18 | Friday | 08:00 AM | | 8.00 | | 8.00 | 44.00 | 44.00 |
| 04/30/18 | Monday | 06:00 AM | 06:00 PM | | | 12.00 | 12.00 | 56.00 |
| 05/01/18 | Tuesday | 06:00 AM | 06:00 PM | | | 12.00 | 24.00 | 68.00 |
| 05/02/18 | Wednesday | 06:00 AM | 06:00 PM | | | 12.00 | 36.00 | 80.00 |
| 05/03/18 | Thursday | 06:00 AM | 06:00 PM | | | 12.00 | 48.00 | 92.00 |
| 05/04/18 | Friday | 06:00 AM | 02:00 PM | | | 8.00 | 56.00 | 100.00 |
| | | | | **Pay Period 05/05/18 08:00 PM - 05/19/18 07:59 PM** | | | | |
| 05/07/18 | Monday | 06:30 AM | 02:30 PM | | | 8.00 | 8.00 | 8.00 |
| 05/08/18 | Tuesday | 06:30 AM | 02:30 PM | | | 8.00 | 16.00 | 16.00 |
| 05/09/18 | Wednesday | 06:30 AM | 02:30 PM | | | 8.00 | 24.00 | 24.00 |
| 05/10/18 | Thursday | 06:30 AM | 04:30 PM | | | 10.00 | 34.00 | 34.00 |
| 05/11/18 | Friday | 06:00 AM | 02:06 PM | | | 8.10 | 42.10 | 42.10 |
| 05/14/18 | Monday | 06:30 AM | 06:30 PM | | | 12.00 | 12.00 | 54.10 |
| 05/15/18 | Tuesday | 06:30 AM | 07:30 PM | | | 13.00 | 25.00 | 67.10 |
| 05/16/18 | Wednesday | 05:50 AM | 01:56 PM | | | 8.10 | 33.10 | 75.20 |
| 05/17/18 | Thursday | 05:51 AM | 02:00 PM | | | 8.15 | 41.25 | 83.35 |
| 05/18/18 | Friday | 05:51 AM | 03:56 PM | | | 10.10 | 51.35 | 93.45 |

Handwritten annotations: "Memorandum of Law? Accommodated wrong Day By Law. Wrong day to Accommoda[te]"; circled "11"

# Timesheets-Previous Pay Period
7b
01/01/17 - 12/31/19

**Employee Name:** Scott Jr, William E  **Employee Number:** 100759
**Pay Policy:** Hourly-NO At Risk

## Time Sheet

| Date | Day | Start | Stop | Hours | Pay Code | Daily | Weekly | Pay Period |
|---|---|---|---|---|---|---|---|---|
| Pay Period 05/19/18 08:00 PM - 06/02/18 07:59 PM ||||||||||
| 05/21/18 | Monday | 08:48 AM | 04:47 PM | | | 8.00 | 8.00 | 8.00 |
| 05/22/18 | Tuesday | 08:00 AM | | 8.00 | | 8.00 | 16.00 | 16.00 |
| 05/23/18 | Wednesday | 08:00 AM | | 8.00 | | 8.00 | 24.00 | 24.00 |
| 05/24/18 | Thursday | 06:30 AM | 08:00 PM | | | 13.50 | 37.50 | 37.50 |
| 05/25/18 | Friday | 06:30 AM | 08:00 PM | | | 13.50 | 51.00 | 51.00 |
| 05/28/18 | Monday | 06:00 AM | | 8.00 | Holiday | 8.00 | 8.00 | 59.00 |
| 05/29/18 | Tuesday | 08:00 AM | | 10.00 | | 10.00 | 18.00 | 69.00 |
| 05/30/18 | Wednesday | 08:00 AM | | 12.00 | | 12.00 | 30.00 | 81.00 |
| 05/31/18 | Thursday | 05:55 AM | 01:53 PM | | | 8.00 | 38.00 | 89.00 |
| 05/31/18 | Thursday | 08:00 AM | | 2.00 | | 10.00 | 40.00 | 91.00 |
| 06/01/18 | Friday | 05:45 AM | 01:52 PM | | | 8.10 | 48.10 | 99.10 |
| Pay Period 06/02/18 08:00 PM - 06/16/18 07:59 PM ||||||||||
| 06/04/18 | Monday | 05:44 AM | 04:44 PM | | | 11.00 | 11.00 | 11.00 |
| 06/05/18 | Tuesday | 05:45 AM | 01:50 PM | | | 8.10 | 19.10 | 19.10 |
| 06/06/18 | Wednesday | 12:01 AM | | $ 400.00 | Certificate-EMT | | | |
| 06/06/18 | Wednesday | 12:01 AM | | $ 17.25 | Certificate-EMT Adj OT | | | |
| 06/06/18 | Wednesday | 05:46 AM | 05:46 PM | | | 12.00 | 31.10 | 31.10 |
| 06/07/18 | Thursday | 05:45 AM | 02:00 PM | | | 8.25 | 39.35 | 39.35 |
| 06/08/18 | Friday | 05:44 AM | 01:59 PM | | | 8.25 | 47.60 | 47.60 |
| 06/11/18 | Monday | 05:47 AM | 01:51 PM | | | 8.05 | 8.05 | 55.65 |
| 06/12/18 | Tuesday | 06:00 AM | | 8.00 | Not Scheduled | 8.00 | 16.05 | 63.65 |
| 06/13/18 | Wednesday | 05:47 AM | 01:49 PM | | | 8.00 | 24.05 | 71.65 |
| 06/14/18 | Thursday | 05:46 AM | 01:57 PM | | | 8.20 | 32.25 | 79.85 |
| 06/15/18 | Friday | 05:45 AM | 02:02 PM | | | 8.30 | 40.55 | 88.15 |
| Pay Period 06/16/18 08:00 PM - 06/30/18 07:59 PM ||||||||||
| 06/17/18 | Sunday | 12:00 AM | | $ 225.50 | Retro $ Include | | | |
| 06/18/18 | Monday | 05:50 AM | 01:50 PM | | | 8.00 | 8.00 | 8.00 |
| 06/19/18 | Tuesday | 05:44 AM | 01:49 PM | | | 8.05 | 16.05 | 16.05 |
| 06/20/18 | Wednesday | 05:44 AM | 01:55 PM | | | 8.15 | 24.20 | 24.20 |
| 06/21/18 | Thursday | 05:47 AM | 01:58 PM | | | 8.15 | 32.35 | 32.35 |
| 06/22/18 | Friday | 12:00 AM | | 8.00 | Excused Unpaid | 8.00 | 40.35 | 40.35 |
| 06/25/18 | Monday | 05:44 AM | 02:24 PM | | | 8.65 | 8.65 | 49.00 |
| 06/26/18 | Tuesday | 05:42 AM | 01:48 PM | | | 8.10 | 16.75 | 57.10 |
| 06/27/18 | Wednesday | 05:41 AM | 01:50 PM | | | 8.15 | 24.90 | 65.25 |
| 06/28/18 | Thursday | 05:44 AM | 01:50 PM | | | 8.10 | 33.00 | 73.35 |
| 06/29/18 | Friday | 05:44 AM | 01:47 PM | | | 8.05 | 41.05 | 81.40 |
| Pay Period 06/30/18 08:00 PM - 07/14/18 07:59 PM ||||||||||
| 07/02/18 | Monday | 06:00 AM | | 8.00 | Vacation | 8.00 | 8.00 | 8.00 |

Handwritten annotations:
- "?" next to 06/21/18
- "ACCOMMOdATed ME ON ANoThEr FRidAy" next to 06/25–06/27
- "12" (page marker)
- "NoT a Reasonable Accommodation"
- "I have more time sheets!!"

United Coal Company, LLC                                                CeleriTime - TimeSheet Report