IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM E. SCOTT JR.,

P.O. BOX 8   Ph# 304-924-5464

HELVETIA, WV 26224

    Plaintiff

2:19cv50

V

Carter Roag Coal Company

2112 N. Roan Street, Suite 500

Johnson City, TN 37601

## Certificate of Service

I, William E Scott JR., appearing pro se, hereby certify that I have served the foregoing Response upon the defendant/respondent by depositing true copies of the same in the United States mail, postage paid, upon the following counsel of record of the defendant /respondent on 2/11/2020:

### Organization

Carter Roag Coal Company

2112 N. Roan Street, Suite 500

Johnson City, TN 37601

### Representative of the Organization

Jonathan R Ellis, Esq.

Mark C Dean, Esq.

Steptoe & Johnson PLLC

Chase Tower, Seventeenth Floor

PO Box 1588

1