William E Scott JR
P.O. Box 8
Helvetia WV 26224
304-924-5464

Appeal Judge decision

RECEIVED
APR 29 2020
U.S. DISTRICT COURT
ELKINS WV 26241