FILED: April 30, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1508
(2:19-cv-00050-JPB-MJA)

_____

WILLLIAM E. SCOTT, JR.

        Plaintiff - Appellee

v.

CARTER ROAG COAL COMPANY

        Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Elkins |
| Originating Case Number | 2:19-cv-00050-JPB-MJA |
| Date notice of appeal filed in originating court: | 04/29/2020 |
| Appellant(s) | William E. Scott, Jr. |
| Appellate Case Number | 20-1508 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |