FILED: September 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1508
(2:19-cv-00050-JPB-MJA)
_____

WILLIAM E. SCOTT, JR.

    Plaintiff - Appellant

v.

CARTER ROAG COAL COMPANY

    Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK