FILED: November 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1508
(2:19-cv-00050-JPB-MJA)
_____

WILLIAM E. SCOTT, JR.

    Plaintiff - Appellant

v.

CARTER ROAG COAL COMPANY

    Defendant - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Niemeyer, Judge Keenan, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk