FILED: November 10, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1508
(2:19-cv-00050-JPB-MJA)
_____

WILLIAM E. SCOTT, JR.

    Plaintiff - Appellant

v.

CARTER ROAG COAL COMPANY

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 09/24/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                   */s/Patricia S. Connor, Clerk*